UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOAO DIONISIO DE SOUSA,<br><br>　　　　　　　　　Plaintiff(s),<br><br>-against-<br><br>REPÚBLICA BOLIVARIANA DE VENEZUELA, a sovereign nation, FONDO DE PROTECCIÓN SOCIAL DE LOS DEPÓSITOS BANCARIOS f/k/a/ FONDO DE GARANTÍA DE DEPÓSITOS Y PROTECCIÓN BANCARIA, an agency or instrumentality of the Bolivarian Republic of Venezuela,<br><br>　　　　　　　　　Defendants,<br><br>$6,000,000 HELD IN ACCOUNT NUMBERS XXXXXXXOOBO and XXXXXXXX9187 HELD AT MORGAN STANLEY SMITH BARNEY LLC,<br><br>　　　　　　　　　*In Rem* Defendants. | Case No. 1:25-cv-03341 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

　　　　On October 1, 2025, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* Dkt. 42. Plaintiff shall serve Defendants with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order **within two business days of the filing of this Order**. Within **two business days of service,** Plaintiffs must file proof of such service on the docket. Defendants shall file any opposition to the motion **by October 16, 2025.**

　　　　IT IS HEREBY ORDERED that Plaintiff and Defendants shall appear for a default judgment hearing before this Court on **November 18, 2025, at 11:30 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, and show cause why an order should not be issued granting a default judgment against Defendants. If

1

any Defendant appears or opposes Plaintiff's motion prior to that date, the parties shall notify the Court promptly and the Court will adjourn that conference or treat it as an initial pretrial conference.

Dated: October 2, 2025
      New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

2