UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOAO DIONISIO DE SOUSA,

        Plaintiff,

-against-

REPÚBLICA BOLIVARIANA DE VENEZUELA, A SOVEREIGN NATION; FONDO DE PROTECCIÓN SOCIAL DE LOS DEPÓSITOS BANCARIOS F/K/A FONDO DE GARANTÍA DE DEPÓSITOS Y PROTECCIÓN BANCARIA, AN AGENCY OR INSTRUMENTALITY OF THE BOLIVARIAN REPUBLIC OF VENEZUELA,

        Defendants,

$6,000,000 HELD IN ACCOUNT NUMBERS XXXXXXXXOOBO AND XXXXXXX9187 HELD AT MORGAN STANLEY SMITH BARNEY LLC,

        *In Rem* Defendants.

Case No. 1:25-cv-03341 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The default judgment hearing scheduled for November 18, 2025 at 11:30 AM, is ADJOURNED to **December 4, 2025** at **3:00 PM**.

Dated: November 17, 2025
      New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge