UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOAO DIONISIO DE SOUSA,

                           Plaintiffs,

                -against-

REPÚBLICA BOLIVARIANA DE VENEZUELA, a
sovereign nation, FONDO DE PROTECCIÓN
SOCIAL DE LOS DEPÓSITOS BANCARIOS f/k/a/
FONDO DE GARANTÍA DE DEPÓSITOS Y
PROTECCIÓN BANCARIA, an agency or
instrumentality of the Bolivarian Republic of
Venezuela,

                          Defendants,

$6,000,000 HELD IN ACCOUNT NUMBERS
XXXXXXXOOBO and XXXXXXXX9187 HELD
AT MORGAN STANLEY SMITH BARNEY LLC,

            *In Rem* Defendants.

Case No. 1:25-cv-03341 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons discussed in the December 4, 2025 hearing, the Court will permit Plaintiff file supplemental submissions in support of his motion for default judgment on or before **December 15, 2025**. Plaintiff shall serve Defendants with (1) any supplemental submissions filed with the Court; and (2) a copy of this Order **within two business days of the filing of this Order**. Within **two business days of service,** Plaintiffs must file proof of such service on the docket.

Dated: December 4, 2025
       New York, New York

                                   SO ORDERED.

                                   *Jennifer Rochon*
                                   JENNIFER L. ROCHON
                                   United States District Judge