UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOAO DIONISIO DE SOUSA,

                    Plaintiff,

-against-

REPÚBLICA BOLIVARIANA DE
VENEZUELA, A SOVEREIGN NATION;
FONDO DE PROTECCIÓN SOCIAL DE
LOS DEPÓSITOS BANCARIOS F/K/A
FONDO DE GARANTÍA DE DEPÓSITOS Y
PROTECCIÓN BANCARIA, AN AGENCY
OR INSTRUMENTALITY OF THE
BOLIVARIAN REPUBLIC OF
VENEZUELA,

                    Defendants,

$6,000,000 HELD IN ACCOUNT NUMBERS
XXXXXXXXOOBO AND XXXXXXXX9187
HELD AT MORGAN STANLEY SMITH
BARNEY LLC,

                *In Rem* Defendants.

Case No. 1:25-cv-03341 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      The parties are HEREBY ORDERED to appear before the Court on **January 12, 2026** at **3:00 p.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.  Plaintiff shall serve Defendants with a copy of this Order **within two business days of the filing of this Order**.  Within **one day of service,** Plaintiffs must file proof of such service on the docket.

Dated:  January 6, 2026
       New York, New York

                                SO ORDERED.

                                *Jennifer Rochon*
                                JENNIFER L. ROCHON
                                United States District Judge