
**White and Williams** LLP

Request GRANTED.  The conference is ADJOURNED to **January 20, 2026** at **11:00 a.m.**  Plaintiff shall serve Defendants with a copy of this Order within two business days of the filing of this Order.  Within one day of service, Plaintiffs must file proof of such service on the docket.

**Alexander R. Sokolof**

810 Seventh Avenue, Suite 500 | New York, NY 10019
Direct 212.631.4418 | Fax 212.868.4840
sokolofa@whiteandwilliams.com | whiteandwilliams.com

Date:    January 8, 2026
         New York, New York

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

January 7, 2026

<u>**Via ECF**</u>
The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20B
New York, New York 10007

> **RE:** *De Sousa v. Republica Bolivariana de Venezuela et al*,
>        **No. 1:25-cv-03341-JLR**

Dear Judge Rochon:

Our firm represents Plaintiff Joao Dionisio De Sousa ("Plaintiff") in the above-referenced action. We write to request an adjournment of the January 12, 2026 appearance as ordered in in the Court's January 6, 2026 Order (ECF No. 61).

Plaintiff's lead counsel, Thomas Butler, is currently traveling this week and has a deposition scheduled for January 12. In addition, Mr. Butler has depositions scheduled for January 15 in Pennsylvania (requiring him to travel to Pennsylvania on January 14), January 16 and January 22 (tentatively) that may require travel to Florida on January 21. As such, Plaintiff respectfully requests that the Court adjourn the upcoming appearance and proposes January 20, 26 or 27 for the adjourned appearance. This is Plaintiff's first request for an adjournment. To date, Defendants have neither appeared in the action nor contacted Plaintiff. As a result, Plaintiff is unable to obtain Defendants consent to the requested adjournment.

We appreciate the Court's consideration.

Respectfully submitted,

*/s/ Alexander R. Sokolof*
Alexander R. Sokolof

cc: All counsel of record via ECF

Connecticut | Delaware | Maryland | Massachusetts | New Jersey | New York | Pennsylvania | Rhode Island