**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOAO DIONISIO DE SOUSA,<br><br>          Plaintiff,<br><br>  -against-<br><br>REPÚBLICA BOLIVAR IANA DE VENEZUELA, a sovereign nation; FONDO DE PROTECCIÓN SOCIAL DE LOS DEPÓSITOS BANCARIOS f/k/a FONDO DE GARANTÍA DE DEPÓSITOS Y PROTECCIÓN BANCARIA, an agency or instrumentality of the Bolivar ian Republic of Venezuela;<br><br>          Defendants,<br><br>$6,000,000 held in account numbers xxxxxxxxOOBO and xxxxxxxx9187 held at Morgan Stanley Smith Barney LLC,<br><br>          *In Rem* Defendants. | Civil Action No. 1:25-cv-03341<br><br><br>[~~PROPOSED~~] DEFAULT JUDGMENT |

It is hereby ORDERED, ADJUDGED AND DECREED, upon consideration of Plaintiff Joao Dionisio De Sousa's ("Plaintiff") Motion for Entry of a Default (the "Motion") against Defendant Fondo de Protección Social de los Depósitos Bancarios ("FOGADE") and In Rem Defendant $6,000,000 (the "In Rem Defendant"), along with all papers submitted in support thereof, and for GOOD CAUSE shown, that:

a. The Motion ~~and all relief sought therein is GRANTED; and~~ is GRANTED in part for the reasons set forth on the record on January 20, 2026.

b. Judgment be entered on behalf of Plaintiff and against FOGADE in the amount of $22,724,000, plus prejudgment interest in the amount of ~~$18,865,000.60~~ $19,885,679.01, for a total of $~~41,589,000.60~~ $42,609,670.01, plus post judgement interest as set forth in 28 U.S.C. § 1961, plus costs in an amount to be determined, until such time as it is paid in full interest; and

50571509v.1

-2-

c. A Declaratory Judgment is hereby entered that Plaintiff is the rightful owner, and is entitled to the immediate return of the following:

    i.   The U.S. Treasury Bill identified by the ISIN 912795YPOOBO and the Certificate of Custody and Administration Ticket No. 02639, held by sub-custodian Smith Barney CitiGroup in account number xxxxxxxxOOBO, and in the principal amount of $3,000,000.00, which matured on January 25, 2007;

    ii.   The U.S. Treasury Bill identified by the ISIN 313588FR10B0 and the Certificate of Custody and Administration Ticket No. 02649, held by sub-custodian Smith Barney CitiGroup in account number xxxxxxxx9187, and in the principal amount of $3,000,000.00, which matured on May 16, 2007;

    iii.   The U.S. Treasury Bill identified by the ISIN US912795ZX23 and the Certificate of Custody and Administration Ticket No. 30782, held by sub-custodian Lehman in account number xxxxxxxx2540, and in the principal amount of $5,079,000.00, which matured on August 30, 2007;

    iv.   The U.S. Treasury Bill identified by the ISIN US912975ZX2 and the Certificate of Custody and Administration Ticket No. 31186, held by sub-custodian Lehman in account number xxxxxxxx2540, and in the principal amount of $5,064,000.00, which matured on August 30, 2007;

    v.   The U.S. Treasury Bill identified by the ISIN US912795ZX23 and the Certificate of Custody and Administration Ticket No. 31177, held by sub-custodian Lehman in account number xxxxxxxx2540, and in the principal amount of $2,025,000.00, which matured on August 30, 2007;

-2-

-3-

vi.    The U.S. Treasury Bill identified by the ISIN US912795ZX23 and the Certificate of Custody and Administration Ticket No. 31178, held by sub-custodian Lehman in account number xxxxxxxx2540, and in the principal amount of $2,025,000.00, which matured on August 30, 2007;

vii.    The U.S. Treasury Bill identified by the ISIN US912795ZX23 and the Certificate of Custody and Administration Ticket No. 31183, held by sub-custodian Lehman in account number xxxxxxxx2540, and in the principal amount of $2,531,000.00, which matured on August 30, 2007.

Plaintiff shall to serve Defendants with a copy of this Default Judgment by **February 3, 2026**. Within one day of service, Plaintiff must file proof of such service on the docket. The Clerk of the Court is respectfully directed to close the motion at Dkt. 42.

Dated ___January 20___, 2025

*Jennifer Rochon*
Honorable Jennifer L. Rochon
United States District Judge

-3-

50571509v.1