UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOAO DIONISIO DE SOUSA,

                      Plaintiff,

-against-

REPÚBLICA BOLIVARIANA DE
VENEZUELA, A SOVEREIGN NATION;
FONDO DE PROTECCIÓN SOCIAL DE
LOS DEPÓSITOS BANCARIOS F/K/A
FONDO DE GARANTÍA DE DEPÓSITOS Y
PROTECCIÓN BANCARIA, AN AGENCY
OR INSTRUMENTALITY OF THE
BOLIVARIAN REPUBLIC OF
VENEZUELA,

                      Defendants,

$6,000,000 HELD IN ACCOUNT NUMBERS
XXXXXXXXOOBO AND XXXXXXXX9187
HELD AT MORGAN STANLEY SMITH
BARNEY LLC,

              *In Rem* Defendants.

Case No. 1:25-cv-03341 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

       On January 20, 2026, the Court entered Default Judgment against Defendant Fondo de Protección Social de los Depósitos Bancarios and In Rem Defendant $6,000,000 (collectively "Defendants"). Dkt. 72. In accordance with 28 U.S.C. § 1608(e), the Court ordered Plaintiff Joao Dionisio De Sousa ("Plaintiff") to serve Defendants with a copy of the Default Judgment by February 3, 2026. On January 28, 2026, Plaintiff filed a notice of proof of service of the Default Judgment. *See* Dkt. 73; Dkt. 74. Given that there are no more issues for the Court to resolve, the Clerk of the Court is respectfully directed to close the case.

Dated: January 29, 2026
      New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge